UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY JAMES SMITH (#433385)    CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.    NO.: 3:14-cv-00361-BAJ-SCR

## RULING AND ORDER

Before the Court is Petitioner's **PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (Doc. 1)**. The Magistrate Judge has issued a **REPORT (Doc. 5)** recommending that Petitioner's application for habeas corpus relief be "dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d)," (*id.* at pp. 7–8). Petitioner filed timely objections to the Magistrate Judge's Report. (Doc. 6).

Having carefully considered Petitioner's **PETITION (Doc. 1)** and related filings—including Petitioner's objections[1]—the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 5)** and **ADOPTS** it as the Court's opinion in this matter. Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 5),

**IT IS ORDERED** that Petitioner's **§ 2254 PETITION (Doc. 1)** is **DISMISSED WITH PREJUDICE.**

---

[1] Petitioner objects to the Magistrate Judge's conclusion that his federal habeas petition is untimely, asserting that his § 2254 Petition is timely because he filed an application for post-conviction relief ("PCR") in Louisiana state court "on January 10, 2004 . . . within the required two (2) year time limitation for filing a PCR," thereby tolling § 2244(d)'s one year limitations period. (*See* Doc. 6 at p. 2). Petitioner's argument is unpersuasive because, as explained by the Magistrate Judge, federal law *not* state law controls the timeliness of a federal habeas petition. *See Causey v. Cain*, 450 F.3d 601, 606 (5th Cir. 2006) ("AEDPA, not state law, determines when a judgment is final for federal habeas purposes." (quoting *Foreman v. Dretke*, 383 F.3d 336, 339 (5th Cir. 2004)).

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because Petitioner has failed to "ma[ke] a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Baton Rouge, Louisiana, this 1st day of July, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA